# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMONI MASUD JOHNSON, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 3:15-CV-1196 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| JUDGE FRED PIERANTONI, | : | |
| ET AL., | : | |
|     Defendants | : | |

## ORDER

**AND NOW, THIS 16TH DAY OF JULY, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the sole purpose of filing the complaint in the above-captioned action;

2. Plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as being barred by the doctrine of res judicata;

3. Any claims not barred by res judicata are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

4. Plaintiff's claims sounding in habeas corpus are **DISMISSED WITHOUT PREJUDICE**;

5. To the extent that Plaintiff is seeking to remove Commonwealth v. Johnson, CP-40-CR-002713-2011 (Luzerne Cnty. C.P. filed Nov. 15, 2011); Commonwealth v. Johnson, CP-40-CR-00117-2012 (Luzerne Cnty. C.P. filed Sept. 22, 2010); and Commonwealth v. Johnson, CP-40-CR-002553-2012 (Luzerne Cnty. C.P. filed Sept. 18, 2012), pursuant to 28 U.S.C. § 1443, Plaintiff's request is **DENIED**;

6. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith; and

7. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**